Electronically Filed - St Louis County - May 06, 2020 - 10:15 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY,
STATE OF MISSOURI

| | |
|---|---|
| MARK RANKIN,<br><br>    Plaintiff,<br><br>v.<br><br>STEAK N SHAKE, INC.,<br><br>Serve:  CSC-Lawyers Incorporating<br>         Service Company<br>         221 Bolivar<br>         Jefferson City, MO 65101<br><br>    Defendant. | Cause No.<br><br>PERSONAL INJURY<br>VEHICULAR<br><br>PREMISES LIABILITY<br>JURY TRIAL DEMANDED |

## PETITION

COMES NOW Plaintiff, by and through counsel, for a claim against Defendant states as follows:

1. At all times pertinent herein, Defendant was a corporation qualified and registered to do business in the State of Missouri.

2. At all times pertinent herein, Defendant owned and/or was responsible for maintaining the premises located at 10911 New Halls Ferry Road, Ferguson, MO 63135.

3. On or about January 10, 2017, Plaintiff was on Defendant's premises located at 10911 New Halls Ferry Road, in the City of Ferguson, County of St. Louis, as a patron or customer. While on said premises, Plaintiff slipped and fell

on a slippery substance causing him to sustain permanent, serious and painful injuries and damages as hereinafter said out.

4. There was grease and other debris on the floor of Defendant's premises and, as a result, the floor was not reasonably safe.

5. Defendant knew or by using ordinary care could have known of this condition.

6. Defendant failed to use ordinary care to remove the substance, barricade the area, warn of the substance or otherwise remedy the condition on the floor.

7. Such negligence of the Defendant, in one or more of the respects submitted above, directly caused or directly contributed to cause Plaintiff Mark Rankin to sustain injuries to his right shoulder, right leg, and right hip; medical and other healthcare related expenses have been incurred in connection with said injuries and Plaintiff will in the future incur additional monies for further medical care and services; all of the aforesaid injuries are permanent and progressive and greatly interfere with Plaintiff's ability to enjoy life; he has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Mark Rankin prays judgment against Defendant in such amount of money damages that are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, prejudgment interest in accordance with law, costs expended herein and for such other relief as may be appropriate under the circumstances.

502741 / 120129

Electronically Filed - St Louis County - May 06, 2020 - 10:15 AM

        Respectfully submitted,

        KOLKER AND LABOVITZ

        */s/Brent E. Labovitz*
        BRENT E. LABOVITZ #61468
        7700 Bonhomme Ave. Suite 350
        Clayton, Missouri 63105
        (314) 727-4529 Telephone
        (314) 727-8529 Facsimile
        bel@kolkerlawfirm.com
        Attorney for Plaintiff

502741 / 120129